IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH RAY PITTS**                                                                                           **PLAINTIFF**
**ADC #85938**

VS.                             CASE NO. 5:07CV00089 JMM

**R. HARRIS, ET AL.**                                                                                            **DEFENDANTS**

### ORDER

Plaintiff's Motion to Dismiss his complaint is granted (#22). Plaintiff's Motion to Stop Payment is denied (#22). A voluntary dismissal of a case does not negate the assessment of a filing fee when a prisoner has been granted *in forma pauperis* status under the Prison Litigation Reform Act. *Cf. Miller v. Lincoln County*, 171 F.3d 595 (8th Cir. 1999) (under PLRA, a prisoner must pay the full appellate fee even though his appeal was dismissed as untimely; court refuses to waive or reduce the fee).

The complaint is dismissed without prejudice. All remaining motions and the Magistrate Judge's recommendation are dismissed as moot.

IT IS SO ORDERED THIS  5  day of  July , 2007.

James M. Moody
United States District Judge